IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES COMING,

     Petitioner,                        No. 2: 12-cv-1454 KJN P

    vs.

GARY SWARTHOUT,

     Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        In claim one, petitioner alleges that the 2011 decision by the California Board of Parole Hearings ("BPH") finding him unsuitable for parole was not supported by sufficient evidence. In order to evaluate this claim, the undersigned must review the transcript from the 2011 suitability hearing.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's motion to proceed in forma pauperis (Dkt. No. 2) is granted;

////

////

1

2. Within twenty-one days of the date of this order, petitioner shall file a copy of the transcript from his 2011 parole suitability hearing; if petitioner does not possess a copy of the transcript, he shall notify the court within that time.

DATED: June 21, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

swar1454.ord